## FITSIMMONS *against* LECKEY.

Every intendment is to be made in favor of the regularity of proceedings which are according to the course of the common law; and a judgment will not be reversed for any thing but palpable error.

A judgment upon an award of arbitration, in a case which originated before a justice, for a sum *less* than the judgment of the justice, will not be reversed, unless it appears affirmatively upon the record, that no other evidence was given to the arbitrators than to the justice.

Error to the Common Pleas of *Allegheny* county.

*William Leckey* brought this action before a justice of the peace, against *William Fitsimmons*, and obtained a judgment there for eighty dollars, from which the defendant appealed. The cause was afterwards referred to arbitrators who made a report in favor of the plaintiff for fifty five dollars with costs of suit: upon which judgment was entered, to reverse which, this writ of error was sued out: and the error alleged was, that the arbitrators awarded costs

(Fitsimmons *v.* Leckey.)

to the plaintiff, although he did not recover as much in court as he did before the justice.

*Burke*, for plaintiff in error.

*W. W. Fetterman, Contra.*

PER CURIAM.—Every intendment is to be made in favor of the regularity of proceedings which are according to the course of the common law; and a judgment is consequently not to be reversed for any thing but palpable error. The judgment here may be right or it may be wrong, according to the fact of adduction, or otherwise of new evidence by the defendant. Had he thought proper to object to the costs in the court below, the fact would have been investigated; instead of which he has come immediately before us, without considering that we are not here to presume the existence of error to overturn a judgment that may, for any thing that appears, be proper.

Judgment affirmed.